# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFF H. WILLIAMSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:16-cv-02489-APG-CWH<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 6) |

On October 16, 2017, Magistrate Judge Hoffman entered a report and recommendation that I dismiss this case without prejudice because plaintiff Jeff Williamson did not pay the filing fee or file a renewed application to proceed in forma pauperis as directed. ECF No. 6. Williamson did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1). Judge Hoffman sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 6) is accepted**. Plaintiff Jeff Williamson's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 21st day of November, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE